1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scale Video Coding LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>KDDI America, Inc.,<br><br>        Defendant. | No.  2:21-cv-8330-JAK-MAA<br><br>**ORDER RE NOTICE OF VOLUNTARY DISMISSAL (DKT. 28)**<br><br>**JS-6** |

Based on a review of the Notice of Voluntary Dismissal (the "Notice" (Dkt. 28)), certain good cause has been shown for the requested relief notwithstanding that Defendant has filed its Answer to the Complaint. *See* Fed. R. Civ. P. 41(a)(2). Therefore, certain relief requested in the Notice is **GRANTED**. All claims for relief asserted against KDDI America, Inc. by Scale Video Coding LLC are dismissed without prejudice.

/ /

/ /

/ /

1

**IT IS SO ORDERED.**

2

3   DATED:  January 12, 2022

4   _____
    John A. Kronstadt

5   United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27